IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DENISE A. DYE,<br><br>            Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | CV 20–46–M–DLC<br><br><br><br>ORDER |

Before the Court is Plaintiff's Unopposed Motion to Dismiss case. (Doc. 25.) The Court retained jurisdiction over this matter after remanding the case to the Commissioner of Social Security for further administrative proceedings. (*Id.* at 2.) Plaintiff's counsel now moves to dismiss the case with prejudice because Plaintiff, Ms. Dye, has passed away, and there are no readily available successors. (*Id.*) Accordingly,

IT IS ORDERED that Plaintiff's motion (Doc. 25) is GRANTED. This case is DISMISSED with prejudice.

1

DATED this 27th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court